UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HARRY NORST,

                        Plaintiff,

              -v-                        7:13-CV-00912
                                        (DNH/TWD)

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

LAW OFFICES OF STEVEN R. DOLSON       STEVEN R. DOLSON, ESQ.
Attorney for Plaintiff
126 North Salina Street, Suite 3B
Syracuse, NY 13202

OFFICE OF GENERAL COUNSEL              PETER W. JEWETT, ESQ.
Social Security Administration
Region II
Attorneys for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Plaintiff Harry Norst filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability insurance benefits. By Report-Recommendation dated September 8, 2014, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, recommended that the decision of the Commissioner be affirmed and plaintiff's complaint be dismissed. Plaintiff filed timely objections to the Report-

Recommendation.

Based upon a de novo determination of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The Commissioner's decision is AFFIRMED; and

2. Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to file a judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 30, 2014
      Utica, New York.